Magistrate Judge Michelle L. Peterson

FILED LODGED ENTERED RECEIVED
AUG 13 2019
CLERK U.S. DISTRICT COURT AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE ACCOUNT MHADZSSTUD@GMAIL.COM, DESCRIBED IN ATTACHMENT A, THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | CASE NO. MJ19-378<br><br>ORDER FOR NONDISCLOSURE<br><br>**(FILED UNDER SEAL)** |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google LLC ("Google"), an electronic communication service provider and/or a remote computing service to which a warrant has issued requiring it to produce certain records and information, not to notify any person (including the subscribers and customers of the accounts listed in the warrant) of the existence of the warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving the target an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, or intimidate potential witnesses. *See* 18 U.S.C. § 2705(b).

ORDER FOR NONDISCLOSURE - 1
USAO # 2019R00565

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS THEREFORE ORDERED pursuant to 18 U.S.C. § 2705(b) that Google shall not disclose the existence of the warrant, or this Order of the Court, to the listed subscriber or to any other person for a period of one year, unless further ordered by the Court, except that Google may disclose the warrant to an attorney for Google for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

DATED this 13th day of August, 2019.

                                                                              _____
                                                                              MICHELLE L. PETERSON
                                                                              United States Magistrate Judge

Presented by:

*s/ William Dreher*
WILLIAM DREHER
Assistant United States Attorney

ORDER FOR NONDISCLOSURE - 2
USAO # 2019R00565

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970